## *May* Term, 1793.

#### The STATE *against* JAMES PITNEY *of the County of Morris.*

*On* Habeas Corpus *of Negro* James, *a Boy about Thirteen Years of Age, claiming his Freedom.*

THE Cafe upon the *Habeas Corpus* and Return, coming before the Court appeared to be as follows,

Jafper Smith of the Townfhip of Maidenhead, in the County of Hunterdon, by Will bearing Date the 29th Day of *November*, 1769, (amongft others) made the following Devife, " And as for all my Negroes, Jack, old " Juddy, and young Juddy, with all her Children, and " with all their Cloaths, Chefts, Beds, and Bedding, af- " ter my Deceafe, I do hereby order that they are all

" by me for ever freed from all Servitude from me or
" any of mine, and from all others whatfoever at my
" Deceafe, and that they may go and work for their
" Living with whomfoever they pleafe"—That the faid
Jafper Smith afterwards died—That notwithftanding the
faid Will, the faid Negroes, and in particular the faid
young Juddy were detained by Joflua Smith, Son of the
faid Jafper, and one of the Devifees named in the faid
Will, that during fuch Detention and before the Death
of the faid Joflua, the Negro James in the prefent Ha-
beas Corpus named, was born of the Body of the faid
Juddy—That the faid Joflua Smith died, leaving Kezi-
ah Smith and John Biles his Executors, and the faid Ne-
gro Juddy and her Son James in their Poffeffion—That
on the 9th Day of March, 1790, the faid Keziah Smith
and John Biles, as Executors of the faid Joflua Smith,
by Bill of Sale of that Date, conveyed the faid Negro
James to James Pitney the Defendant in the Habeas
Corpus named; but that no Bond or other Security
whatfoever was given by the faid Jafper Smith, the Maf-
ter of the faid young Juddy and Teftator in the Will a-
bove named, purfuant to the Act of Affembly paffed 16th
*November*, 1769; whereupon,

The Court having taken due Confideration, *are unani-
moufly of Opinion*, That the faid Negro Juddy the Mo-
ther of the faid James, was a free Woman by the Will of
the faid Jafper Smith, the want of Security purfuant to
the faid Act of Affembly notwithftanding, and that con-
fequently the faid James her Son is entitled to his Free-
dom, and do therefore *order*, that the faid James be dif-
charged from the illegal Detention of the faid James Pit-
ney, and he is difcharged accordingly, on the Motion of
Mr. Bloomfield for the State.

F I N I S.

### E R R A T A.

Page 5, line 4, dele *of the State.*
Page 8, after line 7, read *Kinfey, Elias Boudinot, and
          Skinner Attorney-General, for the Negro.
          Sergeant and Paterfon for Defendant.*
Same page, after line 16, dele the names of Counfel.
Page 15, line 24, for *Eauhoufe* read *Vanhorne.*

